JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCARVER, an individual, and DIANNA McCARVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT ONE BANK,<br><br>Defendant. | CASE NO: 5:19-cv-00714-JAK-KK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered Plaintiffs JAMES McCARVER and DIANNA McCARVER and Defendant CREDIT ONE BANK' Stipulation for Dismissal, the above entitled action is hereby dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated: March 24, 2020  _____
John A. Kronstadt
United States District Judge